# Order

Michigan Supreme Court
Lansing, Michigan

September 6, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142178(53)

LUCKY ENTERPRISES, INC., and
CHARLES AGHAJOUN,
            Plaintiffs-Appellees,

v

JAMAL JOHN HAMOOD,
            Defendant-Appellant,

and

WILLIAM J. RUNCO, MICHAEL J.
FERGESTROM, HAMOOD, RUNCO &
FERGESTROM, P.C., HAMOOD AND
FERGESTROM, P.C., and CARLY PUMMELL,
            Defendants.
_____/

SC: 142178
COA: 293632
Oakland CC: 2007-084144-NM

        On order of the Court, the motion for reconsideration of this Court's April 25, 2011 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 6, 2011

Clerk

d0829